```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 21843
    SANDRA L SMITH LONER
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-9617

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/08/2004 and was confirmed 08/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 10/15/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------
CHASE MANHATTAN AUTO FIN  SECURED             9500.00      1349.33      9500.00
ECAST SETTLEMENT CORP     UNSECURED            246.39          .00       246.39
UNITED ACCEPTANCE CORPOR  UNSECURED          NOT FILED         .00           .00
CHASE MANHATTAN AUTO FIN  UNSECURED            304.25          .00       304.25
TIMOTHY K LIOU            DEBTOR ATTY        2,451.00                   2,451.00
TOM VAUGHN                TRUSTEE                                         773.75
DEBTOR REFUND             REFUND                                          295.28

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            14,920.00

PRIORITY                                         .00
SECURED                                     9,500.00
    INTEREST                                1,349.33
UNSECURED                                     550.64
ADMINISTRATIVE                              2,451.00
TRUSTEE COMPENSATION                          773.75
DEBTOR REFUND                                 295.28
                   --------------          --------------
TOTALS             14,920.00                14,920.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 21843 SANDRA L SMITH LONER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```